

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00122-CR

Ignacio **SALAS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-12-00129-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On November 11, 2020, Appellant's court-appointed appellate counsel filed an *Anders* brief and a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). In counsel's certification to this court, Appellant's counsel explained that he took the following steps:

- notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents;

- advised Appellant of his right to review the appellate record and file a pro se brief;

- provided Appellant with a pro se motion to request a copy of the appellate record which lacks only Appellant's signature and date; and

- advised Appellant of his right to seek discretionary review in the Court of Criminal Appeals if this court determines his appeal is frivolous.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within thirty days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

If this court determines Appellant's appeal is frivolous, Appellant may file a petition for discretionary review with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.4. Appellant must file the petition with the Clerk of the Court of Criminal Appeals within thirty days after this court issues its judgment. *See* TEX. R. APP. P. 68.2(a). The petition should be addressed to Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

Counsel's motion to withdraw is **held in abeyance** pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court